IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMMIE CAMPBELL,
    Petitioner,       :    CIVIL ACTION

v.

NANCY GIROUX, et al.     :    No. 14-188
    Respondents

### ORDER

AND NOW this 13 day of January, 2015, upon careful and independent consideration of the Petition for Writ of Habeas Corpus and related pleadings, and of the Report and Recommendation of Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED; (1)
2. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED with prejudice;
3. A certificate of appealability shall not issue; and,
4. The Clerk of Court shall mark this case CLOSED.

SO ORDERED.

_____
HON. EDUARDO C. ROBRENO
U.S. District Court Judge

(1) No objection was filed to R&R by petitioner